JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHANE CROMWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-00064-NJK<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF   (FIRST REQUEST) |

      Defendant Martin O'Malley, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file his response to Plaintiff's opening brief, due on April 29, 2024, by 30 days, through and including May 29, 2024, with all other deadlines extended accordingly.

      Defendant respectfully requests this extension because undersigned counsel needs additional time to determine whether additional briefing is necessary. This request is made in good faith with no intention to unduly delay the proceedings.

///

1  Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this
2  motion, on April 24, 2024.

Dated: April 24, 2024

Respectfully submitted

JASON M. FRIERSON
United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: April 26, 2024