JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHANE CROMWELL,<br><br>    Plaintiff,<br><br>        v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-00064-NJK<br><br>UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

Defendant Martin O'Malley, Commissioner of Social Security ("Defendant") respectfully requests that the Court remand this action for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, conduct any necessary further proceedings and issue a new decision. Defendant further requests that the Clerk of

1  the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing

2  the final decision of the Commissioner.

3        Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this

4  motion, on April 29, 2024

5

6

7        Dated: May 3 2024.

8                               Respectfully submitted

9                               JASON M. FRIERSON
                             United States Attorney

10                               */s/ Marcelo Illarmo*

11                               MARCELO ILLARMO
                             Special Assistant United States Attorney

12

13

14  The Clerk's Office is
                             IT IS SO ORDERED:
INSTRUCTED to close this case.

15

16                               UNITED STATES MAGISTRATE JUDGE

17                               DATED: May 6, 2024

18

19

20

21

22

23

24

25

26